UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Fredrick Jacob Todd #086607 | Case No.  15-mc-80118-JD<br><br>**ORDER OF SUSPENSION** |

Because Fredrick Jacob Todd has failed to respond to the Order to Show Cause, Mr. Todd's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  August 12, 2015

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Fredrick Jacob Todd #086607

Case No.  15-mc-80118-JD

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

        That on 8/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

FREDRICK JACOB TODD
Law Office of F.J. Todd
41735 Elm St Ste 102
Murrieta, CA 92562

Dated: 8/12/2015

Richard W. Wieking
Clerk, United States District Court

By:  _____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California